IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

UNITED STATES OF AMERICA

VS                                                          CR NO. **3:22-874**

JAIME ADOLFO GONZALEZ-FARIAS,
a/k/a "Father Gonzalez"

# PLEA

The defendant, **JAIME ADOLFO GONZALEZ-FARIAS, a/k/a "Father Gonzalez,"** having withdrawn his plea of Not Guilty entered January 9, 2023, pleads **GUILTY** to Count **2** of the **Indictment** after arraignment in open court.

_____
(Signed) Defendant

Columbia, South Carolina
August 10, 2023